FILED
2016 Feb-22  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BONNIDE JOHNSON, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:12-cv-04009-WMA-JHE |
| CHAPLAIN OSSIE BROWN, et al., ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report on February 1, 2016, recommending the plaintiff's motion for summary judgment (doc. 61) be denied. The magistrate judge further recommended that the defendants' special report, construed as a motion for summary judgment, be granted and this action dismissed with prejudice. (Doc. 72). The time to file objections to the report and recommendation has expired. No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby ADOPTED and the recommendation is ACCEPTED. The court EXPRESSLY FINDS that there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law. Accordingly, the plaintiff's motion for summary judgment is due to be denied. Furthermore, the defendants' motion for summary judgment is due to be granted, and this action is due to be dismissed with prejudice.

A Final Judgment will be entered.

DATED this 22nd day of February, 2016.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE